UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY DARNELL GOLDSMITH,

    Plaintiff,

v.                                                    Case No. 3:13cv287/LC/CJK

JERMAINE, et al.,

    Defendants.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 3, 2014. (Doc. 52). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been made.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is ORDERED:

    1. Plaintiff's claims are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii), for plaintiff's failure to state a claim upon which relief may be granted.

2. The clerk is directed to close the file.

**ORDERED** on this 7th day of October, 2014.

                                                                             s/*L.A. Collier*
                                            **LACEY A. COLLIER**
                                            **SENIOR UNITED STATES DISTRICT JUDGE**